**Charles Russell Sugden, Plaintiff-Appellee, v. Florence Edith Sugden, Defendant-Appellant.**

**Gen. No. 11,628.**

Second District, First Division.

May 6, 1963.

Rehearing denied May 29, 1963.

Arthur C. Holt, of Waukegan, for appellant; Snyder, Clarke, Dalziel, and Holmquist & Johnson, all of Waukegan (William A. Holmquist, of counsel), for appellee. Opinion by PRESIDING JUSTICE McNEAL. **Not to be published in full.**